## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Miriam A. Cardoso Carballosa     JOINT DEBTOR: _____     CASE NO.: _____
Last Four Digits of SS# 1832             Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __44__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 200.00 for months  1  to  44 ; in order to pay the following creditors:

Administrative:

Attorney's Fee: $3,650.00
TOTAL PAID: $1,500.00
Balance Due: $2,150.00     payable $107.50/month   (Months  1  to  20 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____        Arrears on Petition Date: $_____
Address: _____        Arrears Payment   $_____/month (Months  1  to ___)
_____         Arrears Payment   $_____/month (Months ___ to ___)
_____         Arrears Payment   $_____/month (Months ___ to ___)
        Case No.: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service     Total Due    $5,604.00
                                 Payable     $ 67.50/month (Months  1  to  20 )
                                 Payable     $177.25/month (Months  21 to  44 )

Unsecured Creditors:            Pay          $5.00/month (Months  1  to  20 )
                                Pay          $2.75/month (Months  21 to  44 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Stonegate Mortgage Corp., shall be paid directly for the property located at 9610 Haitian Drive. World Omni Financial shall be directly by a non-debtor for the 2015 Scion XB. World Omni Financial shall be paid directly for the 2016 Toyota Corolla.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor _____                Joint Debtor _____
Date: 01/31/2017                            Date: _____

LF-31 (rev. 01/08/10)