www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
☐ __1st__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Miriam A. Cardoso Carballosa   JOINT DEBTOR: _____ CASE NO.: 17-11213 LMI

Last Four Digits of SS# 1832 _____   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $ 200.00 for months __1__ to __36__; in order to pay the following creditors:

Administrative:

Attorney's Fee: $3,650.00 _____
TOTAL PAID: $1,500.00 _____
Balance Due: $2,150.00 _____   payable $107.50/month   (Months _1_ to _20_)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____   Arrears on Petition Date: $ _____
Address: _____   Arrears Payment   $ _____/month (Months _1_ to ___)
_____   Arrears Payment   $ _____/month (Months ___to ___)
____ Case No.: _____   Arrears Payment   $ _____/month (Months ___to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service   Total Due   $3,745.04 _____
   Payable   $ 67.50/month (Months _1_ to _20_)
   Payable   $149.69/month (Months _21_ to _36_)

Unsecured Creditors:   Pay   $5.00/month (Months _1_ to _20_)
   Pay   $30.31/month (Months _21_ to _36_)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Stonegate Mortgage Corp., shall be paid directly for the property located at 9610 Haitian Drive. World Omni Financial shall be directly by a non-debtor for the 2015 Scion XB. World Omni Financial shall be paid directly for the 2016 Toyota Corolla.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____   _____
Debtor   Joint Debtor
Date: _____   Date: _____

LF-31 (rev. 01/08/10)