# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ __2nd__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Miriam A. Cardoso Carballosa   JOINT DEBTOR: _____   CASE NO.: 17-11213 LMI

Last Four Digits of SS# 1832 _____   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 200.00 for months __1__ to __36__; in order to pay the following creditors:

Administrative:

Attorney's Fee: $3,650.00
TOTAL PAID: $1,500.00
Balance Due: $2,150.00   payable $107.50/month   (Months __1__ to __20__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____   Arrears on Petition Date: $_____
Address: _____   Arrears Payment $_____/month (Months __1__ to ___)
_____   Arrears Payment $_____/month (Months ____ to ___)
_____   Arrears Payment $_____/month (Months ____ to ___)
    Case No.: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service    Total Due    $3,745.04
                                 Payable    $ 67.50/month (Months __1__ to __20__)
                                 Payable    $149.69/month (Months __21__ to __36__)

Unsecured Creditors:    Pay    $5.00/month (Months __1__ to __20__)
                        Pay    $30.31/month (Months __21__ to __36__)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Stonegate Mortgage Corp., shall be paid directly for the property located at 9610 Haitian Drive. World Omni Financial shall be directly by a non-debtor for the 2015 Scion XB. World Omni Financial shall be paid directly for the 2016 Toyota Corolla. The Debtor will modify the plan to provide for the distribution of funds recovered from the pending lawsuit which are not exempt to the unsecured creditors.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____   _____
Debtor                              Joint Debtor
Date: 3/22/17                       Date: _____

LF-31 (rev. 01/08/10)