**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ 3rd   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Miriam A. Cardoso Carballosa   JOINT DEBTOR: _____   CASE NO.: 17-11213 LMI

Last Four Digits of SS# 1832   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 200.00 for months  1  to  36 ; in order to pay the following creditors:

Administrative:

Attorney's Fee: $3,650.00
TOTAL PAID: $1,500.00
Balance Due: $2,150.00   payable $107.50/month   (Months  1  to  20 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____
Address: _____
_____
   Case No.: _____

Arrears on Petition Date: $_____
Arrears Payment  $_____/month (Months  1  to ___)
Arrears Payment  $_____/month (Months ___ to ___)
Arrears Payment  $_____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service   Total Due    $3,745.04
                                      Payable      $ 67.50/month (Months  1  to  20 )
                                      Payable      $149.69/month (Months  21 to  36 )

Unsecured Creditors:   Pay   $5.00/month (Months  1  to  20 )
                              Pay   $30.31/month (Months  21 to  36 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Stonegate Mortgage Corp., shall be paid directly for the property located at 9610 Haitian Drive. The Debtor rejects the lease with World Omni Financial for the 2015 Scion XB, however same will be paid directly, by a non-debtgor. World Omni Financial shall be paid directly for the 2016 Toyota Corolla. The Debtor will modify the plan to provide for the distribution of funds recovered from the pending lawsuit which are not exempt to the unsecured creditors.

~~I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.~~

_[signature] anu, for the Debtors_

_____   _____
Debtor       Joint Debtor
Date:_____  Date:_____

LF-31 (rev. 01/08/10)